[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14000

Non-Argument Calendar

_____

AMIR ASHERIAN,
HOOSHANG ASHERIAN,

                        Plaintiffs-Appellees,

*versus*

ERICA FORD,
ALL OTHER OCCUPANTS,

                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

2                    Opinion of the Court                    23-14000

D.C. Docket No. 1:23-cv-04460-JPB

_____

Before JORDAN, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Erica Ford and all other occupants of a property owned by Amir and Hooshang Asherian appeal from the district court's order remanding the case to state court. We lack jurisdiction to review the remand order because it was based on the district court's lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.